IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SKY ELEMENTS DRONE SHOWS, LLC § § § Plaintiff, § § v. § § SKYWORX DRONE SHOWS, LLC § § Defendant. § | Civil Action No. 4:24-CV-00755-O |

## ORDER

Before the Court is Parties' Notice of Settlement (ECF No. 29) filed on December 15, 2025. The filing indicates that the parties have reached a settlement agreement on all claims.

Accordingly, the Court **ORDERS** the parties to file the appropriate settlement papers—a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with corresponding proposed order under Federal Rule of Civil Procedure 41(a)(2)—**no later than January 15, 2026**. If a stipulation of dismissal is not filed by this deadline and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with the Court. The January 20, 2026, trial setting is hereby **vacated**, and the parties are relieved of any pretrial obligations and deadlines.

**SO ORDERED** on this **16th day** of **December 2025**.

*Reed O'Connor*
CHIEF UNITED STATES DISTRICT JUDGE